Blue JJL Corp., Plaintiff-Respondent,
against
O.K. Electrical Service Corp., Defendant-Appellant.
Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Verna L. Saunders, J.), entered May 13, 2015, after trial, in favor of plaintiff and awarding it damages in the principal sum of $3,200 and dismissing defendant's counterclaim.
Per Curiam.
Judgment (Verna L. Saunders, J.), entered May 13, 2015, modified to reduce plaintiff's damage award to the principal sum of $1,680; as modified, judgment affirmed, without costs.
The trial court achieved "substantial justice" consistent with substantive law principles (CCA 1804, 1807) in resolving the liability aspect of this small claims action in plaintiff's favor, since the evidence supports the trial court's finding, after remand (see Blue JJL Corp. v O.K. Elec. Serv. Corp., 57 Misc 3d 142[A], 2017 NY Slip Op 51394[U][App Term, 1st Dept 2017]), that defendant failed to perform certain electrical work which was required under the parties' governing contract. However, to achieve substantial justice, we modify to reduce the damage award to the principal sum of $1,680, which reflects the difference between the amount plaintiff withheld from the defendant under the contract ($1,520) and the amount paid to a third party to complete the work ($3,200).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 19, 2019